CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Sara N. Gunderson, Esq., SBN 302582
Isabel Rose Masanque, Esq., SBN 292673
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
SaraG@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez,**<br><br>         Plaintiff,<br><br>    v.<br><br>**Prime/Frit Bell Gardens, LLC**, a Delaware Limited Liability Company; **Food 4 Less of California, Inc**., a California Corporation; and Does 1-10,<br><br>         Defendants. | **Case:** 2:20-cv-03445-SVW-PVC<br><br>**Plaintiff's Notice of Motion and Motion for Summary Judgment**<br><br>Date: September 14, 2020<br>Time: 1:30 pm<br>Ctrm: 10A<br><br><br>Hon. Judge Stephen V. Wilson |

To all Parties and their attorneys of record:

Please take notice that on September 14, 2020 at 1:30 p.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Judge Stephen V. Wilson, located at 350 W. 1st Street, Courtroom 10A, 10th floor, Los Angeles, California, Plaintiff Antonio Fernandez will and hereby does move this

Court to enter summary judgment in favor of Plaintiff and against Defendants Tom Tan and Tom Tyler Market, Inc.

Plaintiff seeks: 1) an Order from the Court requiring Defendants to provide and maintain an accessible restroom, accessible bags in the pre-packed meat section of the grocery store, accessible ticket dispensers in the meat and deli section of the Store; and 2) judgment in favor of Plaintiff and against each Defendant in the amount of $8,000.

This motion is made on the grounds that there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law. Plaintiff's motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the separate statement of undisputed material facts filed concurrently herewith, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 6, 2020.

Dated: August 17, 2020                    CENTER FOR DISABILITY ACCESS


                                          */s/ Sara N. Gunderson*
                                          SARA GUNDERSON
                                          Attorneys for Plaintiff